IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. MARSHALL et al.,** | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ZIMMER, INC. et al.,** | : | **No. 18-3363** |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 9th day of September, 2020, upon consideration of Defendants' renewed motion for summary judgment (Doc. No. 36), the documents filed in support (Doc. Nos. 37, 38), Plaintiffs' response (Doc. No. 39), Defendants' reply (Doc. No. 40), the additional briefing filed in support of the parties' positions, and the Court having conducted oral argument on December 11, 2019, it is **ORDERED** that the renewed motion for summary judgment is **GRANTED**. Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**